# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARCUS DEANGELO JONES**  **PLAINTIFF**
**REG #12520-045**

**V.**      **CASE NO. 2:20-CV-00028-BSM**

**DEWAYNE HENDRIX**  **DEFENDANT**

## ORDER

After *de novo* review of the record, including Marcus Jones's objections, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 16] is adopted, and Jones's petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED, this 28th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE